IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JANET M. MANN                                                                    PLAINTIFF

v.                                        CIVIL NO. *10 - 3049*

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                  DEFENDANT

## O R D E R

Plaintiff has submitted a complaint for filing in this district, together with a request for

leave to proceed *in forma pauperis*. After review, it is found that Plaintiff is unable to pay for

the costs of commencement of suit and, accordingly, the following order is entered this 20th day

of May 2010:

IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis*

be granted. The clerk is hereby directed to file the complaint *nunc pro tunc* as of May 18, 2010.

Additionally, the court hereby directs that a copy of the complaint filed herein, along with a copy

of this order, be served by Plaintiff by certified mail, return receipt requested, on Defendant,

Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr.,

U.S. Attorney General, and Mark W. Webb, Assistant U.S. Attorney, without prepayment of fees

and costs or security therefor. The Defendant is ordered to answer within sixty (60) days from

the date of service.

IT IS SO ORDERED.

HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 2 0 2010

CHRIS R. JOHNSON, CLERK

BY
        DEPUTY CLERK

AO72A
(Rev. 8/82)